**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RAGHEED AKRAWI,

        Petitioner,

v.                                                     Case No. 05-CV-74518-DT

RAYMOND BOOKER,

        Respondent.

_____/

**ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF APPELLATE COUNSEL**

Petitioner Ragheed Akrawi seeks the appointment of Richard L. Steinberg as his appellate attorney. The court explained in its previous order that a notice of appeal generally "confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." *Marrese v. American Academy of Orthopaedic Surgeons*, 470 U.S. 373, 379 (1985) (citing *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982 ) (*per curiam*)). This court lacks jurisdiction to address a motion for appointment of counsel after a notice of appeal is filed. *Murray v. Artl*, 189 Fed. Appx. 501, 504 (7th Cir. 2006) (unpublished). Accordingly,

IT IS ORDERED that Petitioner's motion to appoint Mr. Steinberg as his appellate attorney [Dkt. 62] is DENIED.

                                                   S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: October 14, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2008, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-74518.AKRAWI.MotforAppAtty.bh.wpd

2